KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-6915
　　FAX: (415) 436-7169

Attorneys for Defendants

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING ZHAO, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO GONZALES, Director of U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services San Francisco District Office, <br><br> Defendants. | No. C-06-2463 JW <br><br> **STIPULATION TO DISMISS AND** ~~**[PROPOSED]**~~ **ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

///

1 | Each of the parties shall bear their own costs and fees.

2 | Date: April 21, 2006                    Respectfully submitted,

3 | KEVIN V. RYAN
United States Attorney

4

5

6 | _____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney

7 | Attorneys for Defendants

8

9

10 | Date: April 21, 2006                    _____/s/_____
XIN MICHELLE SHAO
Attorney for Plaintiff

11

12

13

14 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

15

16

17 | Date:05/11/06

_____
JAMES WARE
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-2463 JW                              2